# EXHIBIT A

| | CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form. | ☒ IDHR |
| # | ☒ EEOC |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Ms. Angel Turner | (773) 450-3391 |

| STREET ADDRESS | CITY, STATE, ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3206 Mallard Drive | Homewood, Illinois 60430 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Chicago Public Schools/Board of Education/Office of Inspector General | | (773) 553-1000 |

| STREET ADDRESS | CITY, STATE, ZIP CODE | COUNTY |
|---|---|---|
| 42 West Madison Street | Chicago, Illinois 60602 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race discrimination | ☒ CONTINUING ACTION |

S E E   A T T A C H E D

Dept. of Human Rights
INTAKE UNIT
DEC 1 4 2016
RECEIVED

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th DAY OF December, 2016. NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL" JENNIFER STEPHENS Notary Public, State of Illinois My Commission Expires 8/14/2020 NOTARY STAMP | X ___ 12/7/16 SIGNATURE OF COMPLAINANT DATE I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

Ms. Angel Turner
Charge of Discrimination
Page 2 of 2

I.  A.  ISSUE/BASIS

Discrimination – May 2016 and ongoing because of my race.

B.  PRIMA FACIE ALLEGATIONS

1.  I am Black.

2.  I am employed by the Academy for Urban School Leadership as a Director of School Leadership.

3.  One of the Chicago Public Schools ("CPS") that I was assigned to oversee was Orr Academy High School, a school primarily attended by Black students.

4.  In or about May 2016, I was contacted by the CPS Office of the Inspector General ("OIG") regarding the student attendance records that were reported at Orr Academy. The OIG also contacted my current employer regarding the allegations.

5.  On October 6, 2016, the CPS OIG issued a report falsely accusing me of being "negligent in [my] supervision of the administration at [Orr Academy]." CPS then placed a Do Not Hire ("DNH") on my record.

6.  CPS and the OIG did not similarly target non-Black administrators or primarily non-Black schools in their investigations.

7.  I was not negligent in my supervision of the administration at Orr Academy. I explained in detail to CPS and the OIG that I followed the proper procedures at the schools I supervised. My work performance was as good, if not better, than non-Black supervisor/administrators of Respondent.

8.  I have suffered pecuniary loss and extreme emotional distress as a result of Respondent's discriminatory treatment of me.

# EXHIBIT B

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

**CERTIFIED MAIL**
7014 3490 0000 6312 2376

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

June 16, 2017

Ms. Angel Turner
c/o Barry A. Gomberg, Esquire
Law Offices of Barry A. Gomberg & Assocs.
53 W. Jackson Blvd.
Suite 1350
Chicago, IL 60604

Re: EEOC Charge Against Chicago Public Schools, Chicago Board of Education, et al.
No. 21B201700620

Dear Ms. Turner:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

T. E. Wheeler, II
Acting Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
Chicago Public Schools, Chicago Board of Education, et al.

# EXHIBIT C

 Chicago
Public
Schools

Office of Employee Engagement
42 West Madison Street, 9th Floor - Chicago, Illinois 60602

October 4, 2016

Angel Turner

Dear Ms. Turner:

Please be advised that pursuant to the applicable Chief Executive Officer's Guidelines regarding do not hire ("DNH") status, you are no longer eligible for hire in the Chicago Public Schools and a DNH has been placed on your file. You may petition the Chief Executive Officer to remove that designation. The request should be addressed to Mary Ernesti, 42 West Madison Street, 9th Floor, Chicago, Illinois 60602. Please note that while a petition may be made at any time after placement of the designation, only one petition every two years shall be considered. The Guidelines and procedures for removal of the DNH designation may be found here: cps.edu/oee.

Sincerely,

Mary Ernest

Mary Ernesti
Director of Employee Engagement

ME:cp

cc:   James Ciesil
      Employee Services

BOE000386

# EXHIBIT D

July 11, 2017

**VIA FACSIMILE (312) 553-1622 &
U.S. MAIL**

Andrew Mason, CPS FOIA Officer
Department of Communications
42 W. Madison Street
2nd Floor
Chicago, IL 60602

### Re:     CPS OIG Freedom of Information Act Request

Dear Mr. Mason:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me:

**All reports issued by the CPS Office of the Inspector General concerning Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

**All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

**All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

I look forward to hearing from you regarding the foregoing. Thank you for your consideration of my request. If you are not the proper recipient of this FOIA Request, please advise us of the proper individual to whom this Request should be made.

Very truly yours,

**BARRY A. GOMBERG & ASSOCIATES, LTD.**

Barry A. Gomberg

BAG/lg

cc:     Angel Turner

# EXHIBIT E

9/8/2017

Fwd: Non-Commercial FOIA Request :: N003245-071917

Case: 1:17-cv-06507 Document #: 107-1 Filed: 10/05/18 Page 11 of 35 PageID #:905
Case: 1:17-cv-06507 Document #: 1-1 Filed: 09/08/17 Page 9 of 31 PageID #:42

**From:** Gomberg Barry <gomberglaw@aol.com>

**To:** gomberglaw1 <gomberglaw1@aol.com>

**Subject:** Fwd: Non-Commercial FOIA Request :: N003245-071917

**Date:** Thu, Jul 20, 2017 11:10 am

BARRY A. GOMBERG & ASSOCIATES, LTD.
53 W. Jackson Blvd. Suite 1350
Chicago, IL 60604
312 922-0550 Office
312 922-0066 Fax
gomberglaw@aol.com Email

-----Original Message-----
From: Chicago Public Schools FOIA Center <cps@mycusthelp.net>
To: gomberglaw <gomberglaw@aol.com>
Sent: Thu, Jul 20, 2017 11:09 am
Subject: Non-Commercial FOIA Request :: N003245-071917

--- Please respond above this line ---

July 20, 2017

arry A. Gomberg
53 W Jackson
Chicago IL 60604
gomberglaw@aol.com

**RE: Chicago Public Schools FOIA Request N003245-071917**

Dear Mr. Gomberg:

This letter is in reply to your Freedom of Information Act (FOIA) request seeking the following information:

*All reports issued by the CPS Office of the Inspector General concerning Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.\*

*All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

*All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Angel Turner's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

**RESPONSE:** Chicago Public Schools has reviewed your request and determined that the records requested are confidential or exempt from disclosure under the Freedom of Information Act. Pursuant to 5 ILCS 140/7.5(h), "any lawfully created State or local inspector general's office that would be exempt if created or obtained by an Executive Inspector General's office" is exempt from release. In the case of a denial, pursuant to 5 ILCS 140/9.5(a) you may file a Request for Review with the Public Access Counselor (PAC) at: Public Access Counselor; Office of the Attorney General; 500 South 2nd Street; Springfield, IL 62706. You also have the right to seek dicial review of your denial by filing a lawsuit in the State circuit court; 5 ILCS 140/11.

If you have any questions, please contact our office at (773) 553-3500.

Thank you for your request.

Case: 1:17-cv-06507 Document #: 107-1 Filed: 10/05/18 Page 12 of 35 PageID #:906
Case: 1:17-cv-06507 Document #: 1-1 Filed: 09/08/17 Page 10 of 31 PageID #:45

Sincerely,

Annie Righi
edom of Information Act Assistant
Chicago Public Schools

# EXHIBIT F

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form. | ☒ IDHR | |
| # | ☒ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (Indicate Mr. Ms. Mrs.)<br><br>Ms. Kenyatta Starks (aka Kenyatta Stansberry-Butler) | | TELEPHONE NUMBER (include area code)<br><br>(773) 294-5079 |
|---|---|---|
| STREET ADDRESS<br><br>7955 South Washtenaw | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60652 | DATE OF BIRTH<br><br>05/01/1972 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)**

| NAME OF RESPONDENT<br><br>Chicago Public Schools/Board of Education/Office of Inspector General | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>(773) 553-1000 | |
|---|---|---|---|
| STREET ADDRESS<br><br>42 West Madison Street | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60602 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race discrimination | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>☒ CONTINUING ACTION |
|---|---|

S E E   A T T A C H E D

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

DEC. 2 2 2016

RECEIVED

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 7 DAY OF Dec. , 16 .<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>PHILLIP FISHER<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/26/18<br><br>NOTARY STAMP | _Kenyatta Starks_ 12/7/16<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EBO-5 FORM (Rev. 05/14-INT)

Ms. Kenyatta Starks (aka Kenyatta Stansberry-Butler)
Charge of Discrimination
Page 2 of 2

I.     A.     ISSUE/BASIS

Discrimination – May 2016 and ongoing because of my race.

B.     PRIMA FACIE ALLEGATIONS

1.     I am Black.

2.     I am employed as the Director at Chicago International Charter School
       Longwood.

3.     I was previously employed as Principal at Marshall High School (a
       Chicago Public School), a school primarily attended by Black students.

4.     I was contacted by the CPS Office of the Inspector General ("OIG")
       regarding the student attendance records that were reported at Marshall
       High School from 2012-2014.

5.     On October 6, 2016, the CPS OIG issued a report accusing me of
       falsifying attendance records. CPS then placed a Do Not Hire ("DNH")
       on my record affecting my future employment prospects and then
       contacted my current employer regarding their investigation.

6.     CPS and the OIG did not similarly target non-Black administrators or
       primarily non-Black schools in their investigations.

7.     I did not falsify attendance records. I explained to CPS and the OIG that I
       followed proper attendance procedures at Marshall High School. My
       work performance was as good, if not better, than non-Black
       supervisor/administrators of Respondent.

8.     I have suffered pecuniary loss and extreme emotional distress as a result of
       Respondent's discriminatory treatment of me.

# EXHIBIT G

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7014 3490 0000 6312 2369

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

June 16, 2017

Ms. Kenyatta Starks
c/o Barry A. Gomberg, Esquire
Law Office of Barry A. Gomberg & Assocs.
53 W. Jackson Blvd.
Suite 1350
Chicago, IL 60604

Re: EEOC Charge Against City of Chicago, Chicago Board of Education, et al.
No. 21B201700616

Dear Ms. Starks:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

T. E. Wheeler, II
Acting Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
City of Chicago, Chicago Board of Education, et al.

# EXHIBIT H

 Chicago
Public
Schools

Office of Employee Engagement
42 West Madison Street, 9ᵗʰ Floor – Chicago, Illinois 60602

October 4, 2016

Kenyatta Stansberry-Butler

Dear Ms. Stansberry-Butler:

Please be advised that pursuant to the applicable Chief Executive Officer's Guidelines regarding do not hire ("DNH") status, you are no longer eligible for hire in the Chicago Public Schools and a DNH has been placed on your file. You may petition the Chief Executive Officer to remove that designation. The request should be addressed to Mary Ernesti, 42 West Madison Street, 9ᵗʰ Floor, Chicago, Illinois 60602. Please note that while a petition may be made at any time after placement of the designation, only one petition every two years shall be considered. The Guidelines and procedures for removal of the DNH designation may be found here: cps.edu/oee.

Sincerely,

Mary Ernest

Mary Ernesti
Director of Employee Engagement

ME:cp

cc:     James Ciesil
        Employee Services

# EXHIBIT I

July 11, 2017

**VIA FACSIMILE (312) 553-1622 &**
**U.S. MAIL**

Andrew Mason, CPS FOIA Officer
Department of Communications
42 W. Madison Street
2nd Floor
Chicago, IL 60602

   **Re: CPS OIG Freedom of Information Act Request**

Dear Mr. Mason:

  This is a request under the Freedom of Information Act.

  I request that a copy of the following documents be provided to me:

  **All reports issued by the CPS Office of the Inspector General concerning Kenyatta Stansberry-Butler's (a/k/a Kenyatta Starks) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

  **All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Kenyatta Stansberry-Butler's (a/k/a Kenyatta Starks) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

  **All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Kenyatta Stansberry-Butler's (a/k/a Kenyatta Starks) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

  I look forward to hearing from you regarding the foregoing. Thank you for your consideration of my request. If you are not the proper recipient of this FOIA Request, please advise us of the proper individual to whom this Request should be made.

      Very truly yours,

      **BARRY A. GOMBERG & ASSOCIATES, LTD.**

      Barry A. Gomberg

BAG/lg

cc: Kenyatta Stansberry-Butler

# EXHIBIT J

Case: 1:17-cv-06507 Document #: 107-1 Filed: 10/05/18 Page 23 of 35 PageID #:917
Case: 1:17-cv-06507 Document #: 1-1 Filed: 09/08/17 Page 19 of 31 PageID #:52

**From:** Gomberg Barry <gomberglaw@aol.com>

**To:** gomberglaw1 <gomberglaw1@aol.com>

**Subject:** Fwd: Non-Commercial FOIA Request :: N003244-071917

**Date:** Thu, Jul 20, 2017 11:06 am

BARRY A. GOMBERG & ASSOCIATES, LTD.
53 W. Jackson Blvd. Suite 1350
Chicago, IL 60604
312 922-0550 Office
312 922-0066 Fax
gomberglaw@aol.com Email

-----Original Message-----
From: Chicago Public Schools FOIA Center <cps@mycusthelp.net>
To: gomberglaw <gomberglaw@aol.com>
Sent: Thu, Jul 20, 2017 11:01 am
Subject: Non-Commercial FOIA Request :: N003244-071917

--- Please respond above this line ---

July 20, 2017

rry A. Gomberg
53 W Jackson
Chicago IL 60604
gomberglaw@aol.com

### RE: Chicago Public Schools FOIA Request N003244-071917

Dear Mr. Gomberg:

This letter is in reply to your Freedom of Information Act (FOIA) request seeking the following information:

*All reports issued by the CPS Office of the Inspector General concerning Kenyattal Starks' (formerly known as Stansberry-Butler) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

*All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Kenyattal Starks' (formerly known as Stansberry-Butler) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

*All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Kenyattal Starks' (formerly known as Stansberry-Butler) alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

**RESPONSE**: Chicago Public Schools has reviewed your request and determined that the records requested are confidential or exempt from disclosure under the Freedom of Information Act. Pursuant to 5 ILCS 140/7.5(h), "any lawfully created State or local inspector general's office that would be exempt if created or obtained by an Executive Inspector General's office" is exempt from release. In the case of a denial, pursuant to 5 ILCS 140/9.5(a) you may file a Request for Review with the Public Access Counselor (PAC) at:
blic Access Counselor; Office of the Attorney General; 500 South 2nd Street; Springfield, IL 62706. You also have the right to seek udicial review of your denial by filing a lawsuit in the State circuit court; 5 ILCS 140/11.

If you have any questions, please contact our office at (773) 553-3500.

Thank you for Case: 1:17-cv-06507 Document #: 1-1 Filed: 09/08/17 Page 20 of 31 PageID #:53

Sincerely,

nie Righi
Freedom of Information Act Assistant
Chicago Public Schools

# EXHIBIT K

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#17W1213.04 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2017CF1497 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Ms. Angel Johnson | TELEPHONE NUMBER (include area code)<br><br>(773) 706-8608 | |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>12 / 30 / 65<br>M   D   YEAR |
| 4141 West 78th Place | Chicago, Illinois 60652 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Board of Education of the City of Chicago | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(773) 553-1700 | |
|---|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| One North Dearborn Street | Chicago, Illinois 60602 | | Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>10-6-2016<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

SEE ATTACHED

NOTARIZE

Dept. of Human Rights
INTAKE UNIT

FEB 0 1 2017

RECEIVED

By:

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 31 DAY OF Jan. , 2017.<br><br>NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL"<br>MARTHA HAMILTON<br>Notary Public, State of Illinois<br>My Commission Expires 8/24/2018<br><br>NOTARY STAMP | SIGNATURE OF COMPLAINANT      1/31/2017      DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

"return this copy"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.

# 17WL13.04

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☒ IDHR | 2017-CF-1491 |
| | ☒ EEOC | |

## Illinois Department of Human Rights and EEOC

NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)

Ms. Angel Johnson

TELEPHONE NUMBER (include area code)

(773) 706-8608

STREET ADDRESS

4141 West 78th Place

CITY, STATE, ZIP CODE

Chicago, Illinois 60652

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

NAME OF RESPONDENT

Chicago Public Schools/Board of Education/Office of Inspector General

NUMBER OF EMPLOYEES, MEMBERS +15

TELEPHONE NUMBER (include area code)

(773) 553-1000

STREET ADDRESS

42 West Madison Street

CITY, STATE, ZIP CODE

Chicago, Illinois 60602

COUNTY

Cook

CAUSE OF DISCRIMINATION BASED ON:

Race discrimination

DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL)

☒ CONTINUING ACTION

S E E   A T T A C H E D

Dept. of Human Rights
INTAKE UNIT
DEC 12 2016
RECEIVED
By: PC

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 07 DAY OF Dec, 2016

NOTARY SIGNATURE

"OFFICIAL SEAL"
MARTHA HAMILTON
Notary Public, State of Illinois
My Commission Expires 8/24/2018

NOTARY STAMP

X _____ 12/6/2016
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 05/14-INT)

"return this copy"

Ms. Angel Johnson
Charge of Discrimination
Page 2 of 2

I.      A.      ISSUE/BASIS

Discrimination – May 2016 and ongoing because of my race.

      B.      PRIMA FACIE ALLEGATIONS

1.      I am Black.

2.      I am employed as the Assistant Director at Chicago International Charter School Longwood.

3.      I was previously employed as Principal at Marshall High School (a Chicago Public School), a school primarily attended by Black students.

4.      I was contacted by the CPS Office of the Inspector General ("OIG") regarding the student attendance records that were reported at Marshall High School from 2012-2014.

5.      On October 6, 2016, the CPS OIG issued a report accusing me of falsifying attendance records. CPS then placed a Do Not Hire ("DNH") on my record affecting my future employment prospects and then contacted my current employer regarding their investigation.

6.      CPS and the OIG did not similarly target non-Black administrators or primarily non-Black schools in their investigations.

7.      I did not falsify attendance records. I explained to CPS and the OIG that I followed proper attendance procedures at Marshall High School. My work performance was as good, if not better, than non-Black supervisor/administrators of Respondent.

8.      I have suffered pecuniary loss and extreme emotional distress as a result of Respondent's discriminatory treatment of me.

"return this copy"

# EXHIBIT L



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7014 3490 0000 6312 2383

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

June 16, 2017

Ms. Angel Johnson
c/o Barry A. Gomberg, Esquire
Law Offices of Barry A. Gomberg & Assocs.
53 W. Jackson Blvd.
Suite 1350
Chicago, IL 60604

Re: EEOC Charge Against Chicago Public Schools, Chicago Board of Education, et al.
    No. 21B201700618

Dear Ms. Johnson:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

T. E. Wheeler, II
Acting Assistant Attorney General
Civil Rights Division

by

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    Chicago Public Schools, Chicago Board of Education, et al.

# EXHIBIT M

July 11, 2017

**VIA FACSIMILE (312) 553-1622 &**
**U.S. MAIL**

Andrew Mason, CPS FOIA Officer
Department of Communications
42 W. Madison Street
2nd Floor
Chicago, IL 60602

      **Re:    CPS OIG Freedom of Information Act Request**

Dear Mr. Mason:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me:

**All reports issued by the CPS Office of the Inspector General concerning Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

**All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

**All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.**

I look forward to hearing from you regarding the foregoing. Thank you for your consideration of my request. If you are not the proper recipient of this FOIA Request, please advise us of the proper individual to whom this Request should be made.

Very truly yours,

**BARRY A. GOMBERG & ASSOCIATES, LTD.**

Barry A. Gomberg

BAG/lg

cc:    Angel Johnson

# EXHIBIT N

Case: 1:17-cv-06507 Document #: 107-1 Filed: 10/05/18 Page 34 of 35 PageID #:928
Case: 1:17-cv-06507 Document #: 107-1 Filed: 09/06/17 Page 30 of 31 PageID #:63

From: Gomberg Barry <gomberglaw@aol.com>
   To: gomberglaw1 <gomberglaw1@aol.com>
 Subject: Fwd: Non-Commercial FOIA Request :: N003243-071917
    Date: Thu, Jul 20, 2017 11:06 am

BARRY A. GOMBERG & ASSOCIATES, LTD.
53 W. Jackson Blvd. Suite 1350
Chicago, IL 60604
312 922-0550 Office
312 922-0066 Fax
gomberglaw@aol.com Email

-----Original Message-----
From: Chicago Public Schools FOIA Center <cps@mycusthelp.net>
To: gomberglaw <gomberglaw@aol.com>
Sent: Thu, Jul 20, 2017 11:03 am
Subject: Non-Commercial FOIA Request :: N003243-071917

--- Please respond above this line ---

July 20, 2017

rry A. Gomberg
53 W Jackson
Chicago IL 60604
gomberglaw@aol.com

### RE: Chicago Public Schools FOIA Request N003243-071917

Dear Mr. Gomberg:

This letter is in reply to your Freedom of Information Act (FOIA) request seeking the following information:

*All reports issued by the CPS Office of the Inspector General concerning Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

*All documentary evidence that the CPS Office of the Inspector General reviewed and utilized in evaluating Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

*All statements obtained by the CPS Office of the Inspector General in their review and evaluation of Angel Johnson's alleged involvement in the alleged falsification of daily attendance records at Chicago Public Schools.*

**RESPONSE**: Chicago Public Schools has reviewed your request and determined that the records requested are confidential or exempt from disclosure under the Freedom of Information Act. Pursuant to 5 ILCS 140/7.5(h), "any lawfully created State or local inspector general's office that would be exempt if created or obtained by an Executive Inspector General's office" is exempt from release. In the case of a denial, pursuant to 5 ILCS 140/9.5(a) you may file a Request for Review with the Public Access Counselor (PAC) at: Public Access Counselor; Office of the Attorney General; 500 South 2nd Street; Springfield, IL 62706. You also have the right to seek licial review of your denial by filing a lawsuit in the State circuit court; 5 ILCS 140/11.

If you have any questions, please contact our office at (773) 553-3500.

Thank you for your request.

Case: 1:17-cv-06507 Document #: 107-1 Filed: 10/05/18 Page 35 of 35 PageID #:929
Case: 1:17-cv-06507 Document #: 1-1 Filed: 09/08/17 Page 31 of 31 PageID #:64

Sincerely,

Annie Righi
:edom of Information Act Assistant
~nicago Public Schools